Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Ryan Burwick

**FILED**
SEP 2 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE GORDON THOMPSON, JR.)

UNITED STATES GOVERNMENT,    ) Case No. 05CR-913-GT
           Plaintiff,        )
    vs.                      ) **ORDER GRANTING MOTION**
RYAN BURWICK,                ) **FOR EARLY TERMINATION OF**
           Defendant,        ) **SUPERVISED RELEASE**

**IT IS HEREBY ORDERED**, that the Motion for Early Termination of Supervised Release be granted and that the defendant no longer have to report to the Office of U.S Probation.

IT IS SO ORDERED.

Dated: _September 23, 2009_    _____
                               HON. GORDON THOMPSON, JR.
                               U.S. District Court Judge

*Order Granting Motion for Early Termination of Supervised Release, U.S. v. Burwick, 05cr-913-GT*

1